# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**624**
**CA 16-01767**
PRESENT: WHALEN, P.J., SMITH, CENTRA, PERADOTTO, AND SCUDDER, JJ.

---

L.E.M. FINANCIAL INC., PLAINTIFF-APPELLANT,

V                            ORDER

PENNY WILLIAMS CARDINALE, ALSO KNOWN AS PENNY
WILLIAMS, ALSO KNOWN AS PENNY J. WILLIAMS,
JPMORGAN CHASE BANK, N.A. DEFENDANTS-RESPONDENTS,
ET AL., DEFENDANTS.

---

DRUCKMAN LAW GROUP PLLC, WESTBURY (LISA M. BROWNE OF COUNSEL), FOR PLAINTIFF-APPELLANT.

LAW OFFICE OF BRUCE S. ZEFTEL, BUFFALO (BRUCE S. ZEFTEL OF COUNSEL), FOR DEFENDANT-RESPONDENT JPMORGAN CHASE BANK, N.A.

---

Appeal from an order of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered February 8, 2016. The order granted the motion of defendant JPMorgan Chase Bank, N.A. to dismiss the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: April 28, 2017                           Frances E. Cafarell
                                              Clerk of the Court